UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| ELI ARCHER BLACKHOUSE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-10-385-B-W |
| | ) | |
| TLC PROPERTIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION DENYING TEMPORARY RESTRAINING ORDER AND DISMISSING COMPLAINT PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

For the reasons set forth in the Report and Recommended Decision on Plaintiff Eli Archer Blackhouse's Complaint and Motion for Temporary Restraining Order, (Docket #5) (*Rec. Dec.*), the Court dismisses Mr. Blackhouse's Complaint (Docket #1) and denies his Motion for a Temporary Restraining Order (Docket # 2)

On September 15, 2010, Mr. Blackhouse filed a Complaint and a Motion for a Temporary Restraining. On September 21, 2010 Magistrate Judge Kravchuk recommended that the Complaint be dismissed pursuant to 28 U.S.C. 1915(e)(2)(B) for failure to state a claim on which relief may be granted. *Rec. Dec.* She further recommended that Mr. Blackhouse's Motion be denied because the dismissal of his Complaint showed he lacked the requisite likelihood of success on the merits. *Id.* at 8. On October 6, 2010, Mr. Blackhouse filed a Motion to Extend Time to File Objections to the Recommended Decision (Docket # 7). On that same day, Judge Kravchuk extended the time to file objections to October 22, 2010. In doing so, she

advised Mr. Blackhouse that there would be no further extensions. Mr. Blackhouse failed to file any objection by October 22, 2010.

Because Mr. Blackhouse failed to timely object to the Recommended Decision and because the Court's independent review of the Recommended Decision compels affirmance for the reasons the Magistrate Judge fully articulated, the Court affirms the Recommended Decision without objection.

The Court DISMISSES Mr. Blackhouse's Complaint (Docket # 1) and DENIES his Motion for a Temporary Restraining Order (Docket # 2).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 26th Day of October, 2010