UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ELI ARCHER BLACKHOUSE,            )
                                  )
        Plaintiff,                )
                                  )
v.                                )   1:10-cv-00385-JAW
                                  )
TLC PROPERTIES, et al.,           )
                                  )
        Defendants.               )

**ORDER DENYING MOTION TO AMEND JUDGMENT**

On October 26, 2010, the Court issued an Order adopting a Report and Recommended Decision dated September 21, 2010, which had recommended that Eli Archer Blackhouse's Complaint be dismissed. *Order Affirming the Recommended Dec. Den. TRO and Dismissing Compl. Pursuant to 28 U.S.C. § 1915(e)(2)(B)* (Docket # 9). As the Order notes, Mr. Blackhouse had failed to file a timely objection to the Recommended Decision. *Id.* at 2. Judgment issued against Mr. Blackburn's cause of action on October 27, 2010. *J. of Dismissal* (Docket # 10). On November 23, 2010, Mr. Blackhouse filed a motion for an amended judgment. *Mot. for Am. J. Regarding Ongoing Housing Fraud, Due Process Violations, and the Quasi-Military Psychiatric Torture and Brainwashing Facility D/B/A/ "P-6" at Me. Med. Cntr.* (Docket # 11).

Mr. Blackhouse's motion to amend judgment is timely. *See* FED. R. CIV. P. 59(e) (providing that a motion to amend judgment must be filed no later than 28 days after the entry of judgment). Accordingly, the Court carefully reviewed Mr.

Blackhouse's motion and finds that his arguments for an amended judgment echo the arguments in his original Complaint and, therefore, the reasons for dismissal set forth in the Magistrate Judge's Recommended Decision remain applicable. The Court concludes that there is no basis to alter or amend the October 27, 2010, Judgment.

The Court DENIES Eli Archer Blackhouse's Motion to Amend Judgment (Docket # 11).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 30th day of November, 2010